# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00141-CV

**Gus Hoffman, Appellant**

**v.**

**Charles Kevin Jones and Kelly Gamblin Jones,  Appellees**

### FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT
### NO. 11,492, HONORABLE DONALD HUMBLE, JUDGE PRESIDING

Appellant Gus Hoffman announces that the parties have settled the underlying disputes.  He moves to dismiss his appeal.  We grant the motion and dismiss this appeal.

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed:  November 15, 2001

Do Not Publish